AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

_____Northern_____ District of _____California_____

Courtney Jackson

    Plaintiff (s),

V.

Kaiser Permanente International, Inc., et al.

    Defendant (s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: 4:20-cv-06221-TSH

Notice is hereby given that, subject to approval by the court, __Kaiser Foundation Hospitals__ substitutes
                     (Party (s) Name)

__Anderies & Gomes, LLP, Shane K. Anderies, Esq.__ , State Bar No. __215415__ as counsel of record in
    (Name of New Attorney)

place of __GBG, LLP, Heather A. Morgan and Tara M. Duester__ .
         (Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

  Firm Name:  Anderies & Gomes, LLP
  Address:  505 Montgomery Street, 11th Floor, San Francisco, CA 94111
  Telephone:  (415) 217-8802  Facsimile (415) 217-8803
  E-Mail (Optional):  sanderies@andgolaw.com; nmitchell@andgolaw.com

I consent to the above substitution.
Date: Sep 25, 2020

*Lisa Barrow (Sep 25, 2020 09:46 PDT)*
(Signature of Party (s))

I consent to being substituted.
Date: Sep 25, 2020

*Tara Duester (Sep 25, 2020 13:17 PDT)*
(Signature of Former Attorney (s))

I consent to the above substitution.
Date: 9/24/2020

(Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: _____  _____
                 Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]

# PROOF OF SERVICE

I, the undersigned, certify that I am over the age of 18, not a party to this action, and employed in the County of San Francisco, California. My business address is 505 Montgomery Street, Floor 11, San Francisco, California 94111.

On the date indicated below, I served the following document(s):

- **CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY – KAISER FOUNDATION HOSPITALS**

On the person(s) below, as follows:

| Walter Mosley, Esq.<br>Mosley & Associates<br>1055 W 7th St, 33rd Floor<br>Los Angeles, CA 90017 | Heather A. Morgan, Esq.<br>Tara M. Duester, Esq.<br>GBG LLP<br>633 West 5th St, Suite 3330<br>Los Angeles, CA 90071 |

[ ] **BY U.S. MAIL**. I enclosed the documents in a sealed envelope or package addressed to the persons at the addresses listed above and deposited the sealed envelope with the United States Postal Service, with the postage fully prepaid.

I declare under penalty of perjury, under the laws of the State of California, that the foregoing is true and correct.

[X] **ELECTRONIC SERVICE**. I caused the documents to be sent to the person(s) at the electronic notification addresses listed above.

DATED: September 28, 2020           *Nicole Mitchell*
                                     NICOLE MITCHELL

- 1 -                                              Case No. RG20067486
DEFENDANT ALLIANT STAFFING, LLC'S ANSWER TO PLAINTIFF COURTNEY JACKSON'S UNVERIFIED COMPLAINT